S. Peter Serrano
United States Attorney
Eastern District of Washington
Nowles H. Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-136-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 111(a)(1) |
| TRISTAN D. SEYMOUR, | Assault on a Federal Officer and Employee |
| Defendant. | |

The Grand Jury charges:

On or about April 28, 2025, in the Eastern District of Washington, the Defendant, TRISTAN D. SEYMOUR, did forcibly assault, with physical contact, J.M., while J.M. was employed as a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs and a Tribal Police Officer with the

///

///

INDICTMENT – 1

Colville Tribal Police Department, while J.M. was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

DATED this 3 day of September, 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 2